**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone:   (310) 552-2250
Fax:          (310) 552-7973

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian, (SBN 239349)
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone:   (310) 887-1333
Facsimile:   (310) 887-1334

Attorneys for Plaintiffs,
**KRISTI M. O'BRIEN and
JOHN D. O'BRIEN**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI M. O'BRIEN and JOHN D. O'BRIEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: <u>3:17-cv-04042-JCS</u><br><br>*Assigned to the<br>Honorable Joseph C. Spero*<br><br>**PLAINTIFFS' NOTICE OF MOTION & MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support Thereof; Declarations of Steve Mikhov and Sepehr Daghighian in Support of Motion]<br><br>Hearing Date: August 30, 2019<br>Time: 9:30 a.m.<br>Dept.: Courtroom G – 15th Floor |

---

PLAINTIFFS' NOTICE OF MOTION & MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 30, 2019 at 9:00 a.m. in Courtroom G – 15th Floor of the United States District Court—Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs Kristi M. O'Brien and John D. O'Brien ("Plaintiffs") will, and hereby do, move this Court for an award of attorneys' fees and costs and expenses pursuant to Civil Code § 1794(d) of the Song-Beverly Consumer Warranty Act. Plaintiffs move this Court as the prevailing party pursuant to the settlement agreement entered into on or about April 5, 2019.

Plaintiffs now move for an order awarding attorneys' fees under the "lodestar" method in the amount of $71,812.50. Plaintiffs also request a modest "lodestar" enhancement of .5, in the amount of $35,906.25, for a total of $107,718.75 as the attorneys' fees actually and reasonably incurred. Plaintiffs also move this Court for reimbursement of verifiable costs and expenses in the amount of $15,953.16. The total amount requested by this motion is $123,671.91.

This motion is based upon the memorandum of points and authorities filed concurrently herewith, upon the declarations filed concurrently herewith, upon such evidence, oral and documentary, that may be presented at the hearing, and upon the entire record of the case.

Dated: July 25, 2019

          Respectfully submitted,
          **HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**

          _____
          Sepehr Daghighian, Esq.
          Attorneys for Plaintiffs,
          **KRISTI M. O'BRIEN and JOHN D. O'BRIEN**

PROOF OF SERVICE
(F.R.C.P. Rule (b)(2))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**PLAINTIFFS' NOTICE OF MOTION & MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES**

| | |
|---|---|
| Scott Shepardson, Esq. | Aaron M. Brian, Esq. |
| ONGARO PC | NIXON PEABODY LLP |
| 50 California Street, Suite 3325 | 300 South Grand Avenue, Suite 4100 |
| San Francisco, CA 94108 | Los Angeles, CA 90071 |
| Email: sshepradson@ongaropc.com | Email: abrian@nixonpeabody.com |
| **Counsel for Defendant,** | **Counsel for Defendant,** |
| **FCA US LLC** | **FCA US LLC** |

XX    BY EMAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 25, 2019 at Los Angeles, California.

/s/ Wayne Pagdilao
WAYNE PAGDILAO